UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DANIEL JOSEPH MOORE                      CIVIL ACTION

VERSUS                                               NO: 11-635

N. BURL CAIN, WARDEN                      SECTION: R(3)

**<u>ORDER</u>**

    Before the Court are Daniel Joseph Moore's Petition for a Writ of Habeas Corpus,[1] his motion to stay,[2] and his objection[3] to the Magistrate Judge's Report and Recommendation that the motion to stay be denied and that the petition be dismissed without prejudice.[4] The Court, having reviewed *de novo* the petition, the motion to stay, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

    Furthermore, Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a

---

[1]     R. Doc. 1.

[2]     R. Doc. 3.

[3]     R. Doc. 8.

[4]     R. Doc. 7.

certificate should issue." RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" 537 U.S. 322, 336 (2003).

Moore's petition and request for a stay are clearly without merit, and that determination would not engender debate among reasonable jurists.

Accordingly, Daniel Joseph Moore's motion to stay is DENIED, and his petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this \_\_11th\_\_ day of May, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE